UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

_____

RAYMUREZ CHRISTOPHER BROWN,

       Plaintiff,

v.

                                        Case No. 20-10192

JOSHUA SCAGLIONE, et al.,

       Defendants.
_____/

## JUDGMENT

In accordance with the court's Opinion and Order dated July 25, 2022,

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of Defendants Joshua Scaglione, Robert Schurig, Andrew Teschendorf, Cale Furney and against Raymurez Christopher Brown. Dated at Port Huron, Michigan this 25th day of July, 2022.

                                      KINIKIA ESSIX
                                      CLERK OF THE COURT

                                      BY: s/Lisa Wagner

Dated: July 25, 2022

I hereby certify that a copy of the foregoing document was mailed to counsel of record on this date, July 25, 2022, by electronic and/or ordinary mail.

                                      s/Lisa Wagner
                                      Case Manager and Deputy Clerk
                                      (810) 292-6522

S:\Cleland\Cleland\AAB\Opinions and Orders\Civil\20-10192.BROWN.judgment.AAB.docx